LAURA E. DUFFY
United States Attorney
ADAM L. BRAVERMAN
Assistant United States Attorney
California Bar No. 244202
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-6717

Attorneys for United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE LUIS IGLESIAS, Defendant. | Case No. 12-CR-4712-DMS<br><br>APPLICATION TO UNSEAL INDICTMENTS AND ORDER THEREON |
| UNITED STATES OF AMERICA, Plaintiff, v. JAVIER FLORES-VARGAS, et al., Defendants. | Case No. 12-CR-4711-DMS |
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE LUIS MORA-ZAMORA, et al., Defendants. | Case No. 13-CR-3572-DMS |

1

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>  v.<br>FRANCISCO JAVIER RODRIGUEZ,<br>              Defendant. | Case No. 13-CR-3573-DMS |
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>  v.<br>ISRAEL VERGARA-GALINDO, et al.,<br>              Defendants. | Case No. 13-CR-3574-DMS |
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>  v.<br>ISMAEL ZAMBADA-GARCIA, et al.,<br>              Defendants. | Case No. 14-CR-0658-DMS ✓ |
| UNITED STATES OF AMERICA,<br>              Plaintiff,<br>  v.<br>RAFAEL FELIZ-NUNEZ,<br>              Defendant. | Case No. 14-CR-0722-DMS |

| | |
|---|---|
| UNITED STATES OF AMERICA<br>              Plaintiff,<br>   v.<br>JOSE SANDOVAL-ROMERO,<br>              Defendant. | Case No. <u>14-CR-2132-DMS</u> |
| UNITED STATES OF AMERICA<br>              Plaintiff,<br>   v.<br>ALBERTO RUBIO-ZAMORA, et al.,<br>              Defendants. | Case No. <u>14-CR-2131-DMS</u> |
| UNITED STATES OF AMERICA<br>              Plaintiff,<br>   v.<br>ELISEO IMPERIAL-CASTRO, et al.,<br>              Defendants. | Case No. <u>14-CR-2127-DMS</u> |
| UNITED STATES OF AMERICA<br>              Plaintiff,<br>   v.<br>RENE ARZATE-GARCIA,<br>              Defendant. | Case No. <u>14-CR-2122-DMS</u> |

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ALFONSO LIMON-SANCHEZ, et al.,<br><br>　　　　Defendants. | Case No. <u>14-CR-2128-DMS</u> |
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LUIS MEZA-MORALEZ, et al.,<br><br>　　　　Defendants. | Case No. <u>14-CR-2129-DMS</u> |
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CARLOS ALBERTO AISPURO, et al.,<br><br>　　　　Defendants. | Case No. <u>14-CR-2121-DMS</u> |
| UNITED STATES OF AMERICA<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MIGUEL IRAM QUIROZ-PEREZ, et al.,<br><br>　　　　Defendants. | Case No. <u>14-CR-2130-DMS</u> |

## FACTUAL BACKGROUND

In late 2011, the Drug Enforcement Administration initiated an investigation entitled Operation Narco Polo focused on a narcotics distribution cell based in National City and Chula Vista, California. Agents learned that this cell imported cocaine, methamphetamine and marijuana from Tijuana, Baja California, Mexico and distributed in Southern California and to various locations on the East Coast of the United States. This investigation resulted in the November 2012 indictment of the leader of this cell – Jose Luis Iglesias, aka Jose Bautista Samano-Molina – and a number of his associates, distributors and customers. While Iglesias remains a fugitive, this Court has sentenced most of his associates as well as the two primary customers of this cell – Arturo Chavez, Jr. and James Lawrence Snowden, III. Chavez purchased cocaine for further distribution in San Diego and was sentenced to 90 months in custody. Snowden purchased marijuana, cocaine and methamphetamine from this cell and arranged for the narcotics to be delivered to Chicago, Illinois and Greenville, South Carolina. Snowden was recently sentenced to 188 months in custody.

Based on this investigation, agents identified several sources supplying Iglesias including a Tijuana-based cocaine and methamphetamine source named Jose Luis Mora-Zamora. In September 2013, Mora-Zamora, several of his family members that assisted him, as well as other associates and distributors were indicted. At this same time, Israel Vergara-Galindo, aka Marquitos, was indicted and charged with narcotics trafficking offenses in connection with his relationship to Mora-Zamora. Agents learned that Vergara-Galindo worked as a close associate of Sinaloa Cartel Plaza Boss Alfonso Arzate-Garcia, aka Aquiles, and his brother, Rene Arzate-Garcia, aka La Rana, who assists in the operation of the Tijuana Plaza through enforcement actions. At this point, the investigation began to focus primarily on the upper-level leadership of the Sinaloa Cartel and eventually grew into a massive, long-term investigation

5

involving multiple countries, scores of law enforcement agencies around the United States, a number of federal districts and well over two-hundred court-authorized wiretaps.

That same month, a federal grand jury indicted Serafin Zambada-Ortiz and his close associate Jorge Aviles-Lara. Zambada-Ortiz is the son of the leader of the Sinaloa Cartel – Ismael Zambada-Garcia, aka Mayo – and focused on the distribution of cocaine and marijuana. Both Zambada-Ortiz and Aviles-Lara have pled guilty in the last several months.

In December 2013, the grand jury also returned an indictment against a close associate of Zambada-Garcia – Jose Rodrigo Arechiga-Gamboa, aka Chino Antrax. Arechiga-Gamboa was arrested that same month in Amsterdam, Netherlands and extradited to the United States in July 2014.

On July 24, 2014, Zambada-Garcia as well as his two sons Ismael Zambada-Imperial, aka Mayito Gordo, and Ismael Zambada-Sicairos, aka Mayito Flaco were indicted on a variety of drug trafficking and/or money laundering charges. In total, 60 defendants were indicted, including many of Mayo, Mayito Flaco and Mayito Gordo's associates including one of Mayo's primary cocaine sources of supply Alfonso Limon-Sanchez; several close associates of Arechiga-Gamboa including Rafael Feliz-Nunez, aka Changito Antrax, Jesus Quinonez-Flores, aka Chikiyo, and Eliseo Imperial-Castro, aka Cheyo Antrax; and the Sinaloa Cartel Plaza Boss Aquiles and his brother La Rana.

Included in these indictments are drug trafficking charges against a Tijuana-based methamphetamine trafficking cell operating in North County San Diego. During the course of the investigation, agents identified a cell operating in Oceanside, California and distributing methamphetamine throughout North County San Diego. Agents estimate that this cell was responsible for approximately one-third of the methamphetamine supply in North County. The leader of the cell – Miguel Iram Quiroz-Perez – was indicted along with 13 of this associates that were responsible for

6

distribution efforts to customers throughout North County San Diego. Some of these customers included documented gang members belonging to the Deep Valley Bloods and the Deep Valley Crypts.

These defendants are responsible for importing significant quantities of methamphetamine, cocaine, marijuana and heroin into the United States. In total, as part of this investigation, the United States has charged 117 targets and in over 50 separate seizures, seized more than 652 kilograms of methamphetamine, 1,343 kilograms of cocaine, 12.2 tons of marijuana, 53 kilograms of heroin, 5,500 oxycodone pills and $14.1 million in narcotics proceeds. These seizures occurred throughout the United States -- from San Diego, Los Angeles, Riverside, San Bernardino, San Francisco and Imperial counties to Chicago, Illinois; New York City, New York; Detroit, Michigan; as well as Nevada, Texas, South Carolina, Delaware, Kentucky, Georgia, Pennsylvania, Minnesota -- and throughout the world, including Mexico, Colombia, Canada, Philippines, Guatemala, Great Britain, Australia and China.

In November 2014, Mexican law enforcement arrested Ismael Zambada-Imperial, aka Mayito Gordo; Alfonso Limon-Sanchez, aka Poncho; and Rafael Felix-Nunez, aka Changito. We are currently in the process of seeking their extradition to the United States. The United States now requests an Order unsealing the above-captioned indictments.

DATED: January 15, 2015.

Respectfully Submitted,

LAURA E. DUFFY
United States Attorney

ADAM L. BRAVERMAN
Assistant United States Attorney

7

**SO ORDERED.**

1-15-15

_____
HONORABLE DANA M. SABRAW
UNITED STATES DISTRICT JUDGE